UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                          :

SECURE CARD MANAGEMENT LLC,          :

                               :

                        Plaintiff,        :

                               :                   23-CV-10289 (JMF)

        -v-                      :

                               :                   <u>TRANSFER ORDER</u>

COTTONWOOD VENDING, LLC et al.,       :

                               :

                      Defendants.     :

                               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 22, 2023, this action was removed from New York Supreme Court.  *See*
ECF No. 1.  In light of *In re Cottonwood Vending, LLC*, Case No. 23-43027, a related
bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District of
New York, the Court issued an order to show cause stating that it was inclined to exercise its
discretion under Section 1404(a) by transferring the case to the Eastern District of New York.
*See* ECF No. 4.  The deadline (later extended) to file an objection to such transfer having passed,
*see* ECF No. 7, and no objection having been filed, the Court orders that this case be
TRANSFERRED.  The Clerk of the Court is directed to transfer this case to the United States
District Court for Eastern District of New York **immediately**, without regard to Local Rule 83.1.

       SO ORDERED.

Dated: December 14, 2023
      New York, New York                                 
                                          JESSE M. FURMAN
                                    United States District Judge